IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01305-AP

BETH M. FRITZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Defendant, the Commissioner of Social Security, by her attorney, the undersigned Special Assistant United States Attorney for the District of Colorado, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. The Motion (doc. #21), filed November 22, 2013, is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon remand, the Appeals Council shall remand the matter to an administrative law judge (ALJ) for further administrative proceedings. The Appeals Council will direct the ALJ to further evaluate the medical opinions of record – including Dr. Wanstrath's

and Dr. Benson's opinions regarding Plaintiff's social limitations – and provide legally valid reasons for discounting any opinion or portion of an opinion that is not adopted. In addition, the Appeals Council will direct the ALJ to reassess Plaintiff's residual functional capacity, and, as necessary, obtain vocational expert testimony to determine whether Plaintiff can perform her past relevant work or other work existing in significant numbers in the national economy.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

AND IT IS SO ORDERED.

Dated at Denver, Colorado this 25th day of November, 2013.

*s/John L. Kane*_____
Judge John L. Kane
United States District Court Judge