UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:  **13-cv–01305-AP**

**BETH M. FRITZ**,

                                Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**,

                                Defendant.

---

**ORDER**

---

      This matter is before the court on consideration of the request for Equal Access to Justice Act (EAJA) attorney fees pursuant to 28 U.S.C § 2412, and the parties' stipulation thereto, the Court hereby GRANTS Plaintiff's request for attorney's fees of **$4,725.00** under EAJA, 28 U.S.C. § 2412.  Payment shall be made to Plaintiff directly, care of his attorney, at:

      Frederick W. Newall, Esq.
      730 N. Weber St., Ste. 101
      Colorado Springs, CO 80903

      The Motion for Attorney Fees Under EAJA (doc. #24), filed December 23, 2013 is denied as moot.

Dated:  February 5, 2014                        BY THE COURT:

                                                 *S/John L. Kane*
                                                 JOHN L. KANE
                                                 U.S. DISTRICT COURT JUDGE